B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT **Western District of Texas** | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Dune Energy, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>95-4737507 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br><br>811 Louisiana Street, Suite 2300<br>Houston, TX<br><br>ZIP CODE 77002 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Harris | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>SEE ATTACHMENT I | ZIP CODE |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9           Recognition of a Foreign<br>☑ Chapter 11          Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                              Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."       ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Dune Energy, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:   SEE ATTACHMENT I | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Dune Energy, Inc. |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _____<br>   Signature of Attorney for Debtor(s)<br>   Charles A. Beckham, Jr.<br>   Printed Name of Attorney for Debtor(s)<br>   Haynes and Boone, LLP<br>   Firm Name<br>   1221 McKinney Street, Suite 2100<br>   Houston, TX  77010<br>   Address<br>   713-547-2000<br>   Telephone Number<br>   3/8/15<br>   Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>   Signature<br><br>_____<br>Date |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br>   James A. Watt<br>   Printed Name of Authorized Individual<br>   President and Chief Executive Officer<br>   Title of Authorized Individual<br>   3/8/15<br>   Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

### Western District of Texas

| | | |
|---|---|---|
| In re  Dune Energy, Inc._____ , | ) | Case No. _____ |
| Debtor | ) | |
| | ) | |
| | ) | Chapter 11 |

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  000-27897_____ .

2. The following financial data is the latest available information and refers to the debtor's condition on September 30, 2014____ .

| | | |
|---|---|---|
| a. Total assets | $ | 229,463,966 |
| b. Total debts (including debts listed in 2.c., below) | $ | 144,224,203 |

c. Debt securities held by more than 500 holders:

Approximate number of holders:

| | | | | | |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

| | | |
|---|---|---|
| d. Number of shares of preferred stock | _____ | None |
| e. Number of shares common stock | _____ | 74,008,952 |

Comments. if anv: _____

Dune Energy, Inc.'s total assets and total liabilities are based on its consolidated balance sheets as of September 30, 2014.

3. Brief description of debtor's business:

Dune Energy, Inc. ("Dune") is an independent energy company engaged in the exploration, development, acquisition and exploitation of crude oil and natural gas properties. Dune's operations are in Texas and Louisiana, and it sells its oil and gas production primarily to domestic pipelines and refineries.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: _____

As of April 30, 2014, the beneficial owners of 5% or more of the outstanding shares of common stock were: West Face Long Term Opportunities Global Master L.P.; Blue Mountain; TPG Funds; Zell Credit Opportunities Side Fund, L.P.; Whitebox; Strategic Value Special Situation Fund, L.P.; Highbridge International, LLC

ATTACHMENT I TO VOLUNTARY
PETITION OF DUNE ENERGY, INC.

1. The Debtor's estimated assets and estimated liabilities are based on the unaudited
   consolidated balance sheets of the Debtor and its wholly-owned subsidiaries, Dune
   Operating Company and Dune Properties, Inc., as of September 30, 2014.

2. Pending Bankruptcy Cases Filed by Affiliates of the Debtor:

   Concurrently herewith, each of the affiliates of the Debtor listed below (collectively, the
   "Affiliated Debtors") filed a petition in this Court for relief under chapter 11 of title 11 of the
   United States Code, 11 U.S.C. §§ 101-1330.

   The Affiliated Debtors are the following entities:
   Dune Operating Company
   Dune Properties, Inc.

3. Locations of Debtors' Principal Assets (On a Consolidated Basis):

   Brazoria County, Texas
   Colorado County, Texas
   Harris County, Texas
   Karnes County, Texas
   Calcasieu Parish, Louisiana
   East Baton Rouge Parish, Louisiana
   Iberia Parish, Louisiana
   Jefferson Davis Parish, Louisiana
   Lafourche Parish, Louisiana
   Plaquemines Parish, Louisiana
   St. Martin Parish, Louisiana
   St. Mary Parish, Louisiana
   Vermilion Parish, Louisiana

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **DUNE ENERGY, INC.** | § | **Case No. 15-_____** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

### STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, the undersigned corporation certifies that:

<u>XX</u>    Following is a complete list of all corporations, other than governmental units, that directly or indirectly own 10% or more of any class of its equity interests:

| Shareholders | Address of Principal Place of Business or Principal Residence | Number and Class of Units of Security Interest[1] | |
|---|---|---|---|
| Strategic Value Special Situation Fund, L.P. | Mardi Gras Ltd c/o Strategic Value Partners, LLC 100 West Putnam Avenue Greenwich, CT  06830 | 17,917,244 | Common (24.5%) |
| BlueMountain[2] | Ugland House[3] South Church Street George Town Grand Cayman, CAYMAN ISLANDS | 15,088,416 | Common (20.6%) |
| West Face Long Term Opportunities Global Master, L.P.[4] | c/o West Face Capital, Inc. 810-2 Bloor Street East Box # 85 Toronto, ON  M4W 1A8 CANADA | 10,896,823 | Common (14.9%) |
| TPG Funds[5] | TPG Global, LLC. 301 Commerce Street Suite 3300 Fort Worth, TX  76102 | 9,747,466 | Common (13.1%) |

---

[1] Totals as stated in Schedule 14A Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 (Amendment No. 1) (the "<u>Proxy Statement</u>") dated April 30, 2014 and filed with the United States Securities and Exchange Commission (the "<u>SEC</u>") and percentage ownership calculations are based upon 73,176,683 shares of common stock outstanding as of that date.

[2] BlueMountain is comprised of the following entities: (i) BlueMountain Distressed Master Fund, L.P.; (ii) BlueMountain Long/Short Credit Master Fund, L.P.; (iii) AAI BlueMountain Fund PLC; (iv) BlueMountain Credit Alternatives Master Fund, L.P.; (v) BlueMountain Timberline Ltd.; (vi) BlueMountain Kicking Horse Fund, L.P.; (vii) BlueMountain Strategic Credit Master Fund, L.P. and (viii) BlueMountain Credit Opportunites Master Fund I, L.P.

[3] The address shown applies to all BlueMountain entities except AAI BlueMountain Fund PLC ("<u>AAI BlueMountain</u>").  The address for AAI BlueMountain is Beaux Lane House, Mercer Street Lower, Dublin, IRELAND.

[4] West Face Capital, Inc. is Advisor to West Face Long Term Opportunities Global Master L.P.

OR

\_\_\_\_  There are no corporations that directly or indirectly own 10% or more of any class of its equity interests.

The undersigned corporation further certifies that it shall file a supplemental statement promptly upon any change in circumstances that renders this Statement of Corporate Ownership inaccurate.

Dated:  3/8/15            .

DUNE ENERGY, INC.

By: _____
Name:  James A. Watt
Title:   President and Chief Executive Officer

---

[5] TPG Funds are comprised of the following entities: (i) TPG Opportunity Fund I, L.P. ("Opportunity I"); (ii) TPG Opportunities Advisors, Inc. ("Opportunities Advisors") as general partner to Opportunity I; (iii) TPG Opportunity Fund III, L.P. whose general partner is also Opportunities Advisors.

H-1070212.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **DUNE ENERGY, INC.** | § | **Case No. 15-_____** |
| | § | |
| **Debtor.** | § | **Chapter 11** |

**VERIFIED LIST OF EQUITY SECURITY HOLDERS
FILED BY DUNE ENERGY, INC.**

I declare under penalty of perjury that the attached list of equity security holders is a true and correct list of equity security interest holders as of December 15, 2014.

Dated:   3/8/15      .

DUNE ENERGY, INC.

By:_____
Name: James A. Watt
Title: President and Chief Executive Officer

12070099_1

## LIST OF EQUITY SECURITY HOLDERS FOR
## DUNE ENERGY, INC.

| Shareholders | Address of Principal Place of Business or Principal Residence | Number and Class of Units of Security Interest | |
|---|---|---|---|
| CEDE & CO (FAST ACCOUNT) | PO BOX 20 BOWLING GREEN STATION NEW YORK NY 10004 | 45,411,212 | |
| HIGH RIDGE LTD | C/O STRATEGIC VALUE PARTNERS 100 W PUTNAM AVE GREENWICH CT 06830-5361 | 6,626,780 | |
| DUNE ENERGY RSP (POST-REVERSE) | 811 LOUISIANA STREET, SUITE 2300 HOUSTON TX 77002 | 2,710,814 | |
| ZELL CREDIT OPPORTUNITIES SIDE FUND LP | TWO NORTH RIVERSIDE PLAZA SUITE 600 CHICAGO IL 60606-2627 | 2,114,236 | |
| WEST FACE LONG TERM OPPORTUNITIES GLOBAL MASTER LP | C/O WEST FACE CAPITAL INC 2 BLOOR STREET EAST SUITE 3000 TORONTO ONTARIO CANADA | 1,987,032 | |
| HIGHBRIDGE INTERNATIONAL LLC | ATTN: CHRIS CASALE 40 WEST 57TH STREET 32ND FL NEW YORK NY 10019-4001 | 1,724,507 | |
| BLUE MOUNT CREDIT ALTERNATIVES MASTER FUND LP | ATTN BLAIR SMITH 280 PARK AVE 12TH FLOOR NEW YORK NY 11017 | 1,589,287 | |
| BLUEMOUNTAIN LONG/SHORT CREDIT MASTER FUND LP | ATTN BLAIR SMITH 280 PARK AVE 12TH FLOOR NEW YORK NY 10017 | 1,550,939 | |
| BLUEMOUNTAIN TIMERBERLINE LTD | ATTN BLAIR SMITH 280 PARK AVE 12TH FLOOR NEW YORK NY 10017 | 1,402,316 | |
| BLUEMOUNTAIN DISTRESSED MASTER FUND LP | ATTN BLAIR SMITH 280 PARK AVE 12TH FLOOR NEW YORK NY 10017 | 1,370,524 | |
| TPG OPPORTUNITY FUND I L P | C/O TPG SPECIAL SITUATIONS PARTNERS 345 CALIFORNIA STREET STE 3300 SAN FRANCISCO CA 94104 | 1,244,214 | |
| MARDI GRAS | C/O STRATEGIC VALUE PARTNERS LLC 100 W PUTNAM AVE GREENWICH CT 06830-5361 | 1,149,976 | |
| JAMES A WATT | C/O DUNE ENERGY INC 811 LOUISIANA STREET, SUITE 2300 HOUSTON TX 77002 | 976,119 | |
| SIMPLON INTERNATIONAL LIMITED | 154 EAST 53RD ST NEW YORK NY 10022-5243 | 804,162 | |

| | | | |
|---|---|---|---|
| BLUEMOUNTAIN CREDIT OPPORTUNITIES MASTER FUND I LP | ATTN BLAIR SMITH<br>280 PARK AVE 12TH FLOOR<br>NEW YORK NY 10017 | 638,741 | |
| TPG OPPORTUNITY FUND III L P | C/O TPG SPECIAL SITUATIONS PARTNERS<br>345 CALIFORNIA STREET STE 3300<br>SAN FRANCISCO CA 94104 | 533,234 | |
| STRATEGIC VALUE SPECIAL SITUATIONS FUND | 100 W PUTNAM AVE<br>GREENWICH CT 06830 | 391,256 | |
| SIMPLON PARTNERS L P | 45 ROCKEFELLER PLAZA<br>SUITE 2109<br>NEW YORK NY 10111 | 327,823 | |
| FRANK T SMITH JR | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 315,868 | |
| WHITEBOX CREDIT ARBITRAGE PARTNERS LP | 3033 EXCELSIOR BOULEVARD<br>SUITE 300<br>MINNEAPOLIS MN 55416-4675 | 308,492 | |
| WHITEBOX MULTI-STRATEGY PARTNERS LP | 3033 EXCELSIOR BOULEVARD<br>SUITE 300<br>MINNEAPOLIS MN 55416-4675 | 294,992 | |
| DUNE ENERGY TREASURY ACCOUNT | 811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 244,271 | |
| HAL L BETTIS | C/O DUNE ENERGY, INC.<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 233,370 | |
| RICHARD H MOURGLIA | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 217,487 | |
| BLUEMOUNTAIN STRATEGIC CREDIT MASTER FUND LP | ATTN BLAIR SMITH<br>280 PARK AVE 12TH FLOOR<br>NEW YORK NY 10017 | 211,641 | |
| PANDORA SELECT PARTNERS LP | 3033 EXCELSIOR BOULEVARD<br>SUITE 300<br>MINNEAPOLIS MN 55416-4675 | 125,166 | |
| AAI BLUEMOUNTAIN FUND PLC | BEAUX LANE HOUSE<br>MERCER STREET LOWER<br>DUBLIN<br>IRELAND | 111,010 | |
| ITERA HOLDINGS BV | 9995 GATE PARKWAY NORTH STE 400<br>JACKSONVILLE FL 32246-1898 | 70,929 | |
| STEVEN J CRAIG | 3816 ALTA VISTA LN<br>DALLAS TX 75229-2728 | 30,434 | |
| WILLIAM L KEREKGYARTO | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 17,616 | |
| DOUGLAS E SELLERS | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 12,788 | |

| | | | |
|---|---|---|---|
| WILFRED E PELTIER III | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 9,665 | |
| JOBETH HINES | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 9,512 | |
| KELLY S ABBOTT | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 8,715 | |
| JACK A ADAMS JR | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 4,126 | |
| BLUEMOUNTAIN KICKING HORSE<br>FUND LP | ATTN BLAIR SMITH<br>280 PARK AVE 12TH FLOOR<br>NEW YORK NY 10017 | 3,964 | |
| ENO J DANTIN JR | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 3,897 | |
| DELIA T QUINTERO | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 3,618 | |
| JANELLE HEALLEN | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 3,584 | |
| DEBORAH A MAYFIELD | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 3,292 | |
| JESSICA FERNANDEZ | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 3,005 | |
| KELLIE HIGHTOWER | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 2,619 | |
| WINIFRED AUGUSTUS | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 2,558 | |
| ROSEMARY SEGOVIA | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 2,357 | |
| NOEMI MONTELONGO | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 2,302 | |
| EMMA I GHALAYINI | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 2,035 | |
| LAURA SILVA | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 1,836 | |
| WILLIAM R HOWELL | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 1,554 | |

| | | | |
|---|---|---|---|
| ALAN D BELL | 10222 DARIA DR<br>DALLAS TX 75229-6628 | 1,110 | |
| ALAN BELL | 10222 DARIA DR<br>DALLAS TX 75229-6628 | 1,105 | |
| AST EXCHANGE AGENT #16323 | DUNE ENERGY<br>6201 15TH AVENUE<br>BROOKLYN NY 11219-5411 | 1,103 | |
| WILLIAM GREENWOOD | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 665 | |
| M RYAN MCFERON | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 652 | |
| AST EXCHANGE AGENT #13280 | DUNE ENERGY<br>6201 15TH AVENUE<br>BROOKLYN NY 11219-5411 | 448 | |
| AST EXCHANGE AGENT #13483 | DUNE ENERGY<br>6201 15TH AVENUE<br>BROOKLYN NY 11219-5411 | 422 | |
| STEVEN BARRENCHEA | 127 BREAKER LANE<br>STRATFORD CT 06615-7566 | 222 | |
| FREDDIE D BATES & | JERRY BATES JT TEN<br>1508 AUBURN DR<br>LONGVIEW TX 75601-3506089 | 200 | |
| CANACCORD FINANCIAL LTD | ATTN SECURITIES SERVICES<br>2200 609 GRANVILLE STREET<br><br>VANCOUVER BC V7Y 1H2<br>CANADA | 142 | |
| JEFFREY BURDE | 2512 GREEN PARK AKASAKA<br>5-2-10 AKASAKA MINATO-KU<br>TOKYO 107<br>JAPAN | 123 | |
| BRUCE A WILLIAMS | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 118 | |
| RICHARD M COHEN | 100 EAST HARTSDALE AVE #61E<br>HARTSDALE NY 10530-3207 | 107 | |
| DEUTSCHE BANK SECURITIES INC | 5022 GATE PARKWAY<br>BUILDING 100<br>JACKSONVILLE FL 32256-7047 | 103 | |
| JOSHUA KURZBAN | 43 MURRAY HILL ROAD<br>SCARSDALE NY 10583-3418 | 98 | |
| DUNDEE SECURITIES CORPORATION | TR FOR MICHAEL COOPER<br>20 QUEEN STREET W<br>4TH FLOOR<br>TORONTO ON M5H 3R3<br>CANADA | 85 | |
| DOUGLAS SELLERS | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 83 | |
| JAMES INVESTMENTS INC | 15531 KUYKENDAHL<br>SUITE 355<br>HOUSTON TX 77090-3649 | 80 | |

| | | | |
|---|---|---|---|
| JERRY W MILLER | 680 TOMMY CAMPBELL RD<br>DRY CREEK LA 70637-3205 | 76 | |
| RICK MOURGLIA | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX 77002 | 67 | |
| JACK ADAMS | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX 77002 | 49 | |
| JOSEPH DENNIS | 28107 GADWALL DR<br>KATY TX 77494-8353 | 40 | |
| MICHAEL J GAIDO JR | Box 3130<br>GALVESTON TX 77552-0130 | 40 | |
| WILFRED PELTIER | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX 77002 | 40 | |
| JANELLE CONCEPCION | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX 77002 | 30 | |
| LAURA A SILVA | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX 77002 | 27 | |
| FLORESTA INVESTMENTS LIMITED | P O BOX 51<br>57 BATH ST<br>ST HELLER JERSEY JE4 0XP<br>UNITED KINGDOM | 26 | |
| GMP SECURITIES LP | 145 KING ST WEST #300<br>TORONTO ON<br>CANADA | 26 | |
| DEBBIE MAYFIELD | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX 77002 | 23 | |
| PERSHING LLC FBO ROBERT<br>SLANOVITS SEP | 1815 POLO COURT<br>HOOVER AL 35226-3365 | 20 | |
| EMMA GHALAYINI | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX 77002 | 17 | |
| RANDY HOWELL | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX 77002 | 14 | |
| ROSEMARY GARCIA-SEGOVIA | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX 77002 | 13 | |
| GARY TERRANOVA | 3806 NORTHSHORE DR<br>MONTGOMERY TX 77356-6039 | 12 | |
| DAVID LEWIS | 210 WELLS FARGO DRIVE APT #1515<br>HOUSTON TX 77090-4033 | 10 | |
| MATTHEW C FORRESTER | 4306 WALHILL LANE<br>AUSTIN TX 78759-8036 | 10 | |
| VIRGINIA AND LYNDEL SCHEER | 2378 GREENE 125 RD<br>PARAGOULD AR 72450-9016 | 9 | |

| | | |
|---|---|---|
| JENNIFER CARDWELL | 28514 SPICE BERRY DR<br>KATY TX 77494-3216 | 7 |
| STEPHANIE SULLIVAN | 5001 LONGSHADOW<br>DICKINSON TX 77539-6736 | 6 |
| BERNARD MCKEON & ROSE MCKEON | STADBALLY EAST<br>GALWAY<br>IRELAND | 5 |
| BLAKE SELIG | 1100 SPRING STREET<br>SUITE 550<br>ATLANTA GA 30309-2857 | 5 |
| FRANCES CALELLO-LABIAK | 714 FRANKLIN AVE.<br>NUTLEY NJ 07110-1212 | 5 |
| MEGHAN KADEN | C/O DUNE ENERGY INC<br>811 LOUISIANA STREET, SUITE 2300<br>HOUSTON TX  77002 | 5 |
| BARBARA A SHEA | 351 EAST 61ST ST APT 5B<br>NEW YORK NY 10065 | 3 |
| ROBERT FRIEDLAND | 380 S SAN RAFAEL AVE<br>PASADENA CA 91105-1526 | 3 |
| BRIAN HORSFIELD | 2000 NORTH CT ST #5-G<br>FAIRFIELD IA 52556-2005 | 2 |
| COMPTON FAMILY TRUST | 24746 CALVERT ST<br>WOODLAND HILLS CA 91367-1019 | 2 |
| JOHN FINDRA | 11 HANFORD PLACE<br>TARRYTOWN NY 10591-3101 | 2 |
| RONALD HOLMAN & | LINDA HOLMAN CO-TTEES OF THE<br>HOLMAN FAMILY TRUST<br>U/A UTD 09/13/96<br>9516 BADEN ST<br>CHATSWORTH CA 91311-2619 | 2 |
| STEVE ANTEBI | 10550 FONTENELLE WAY<br>LOS ANGELES CA 90077-1901 | 2 |
| BRUCE BENTON | 20161 DELITA DRIVE<br>WOODLAND HILLS CA 91364-3521 | 1 |
| CHARLENE MARIE | 10 MISSION DR<br>PETALUMA CA 94952-5239 | 1 |
| DANIEL DY | 5605 WEST BLUFF<br>P.O.BOX 275<br>OLCOTT NY 14126-0275 | 1 |
| EILEEN CINQUE | 34917 STACCATO STREET<br>PALM DESERT CA 92211-3083 | 1 |
| ELAINE FALKENSTEIN | 23951 TOWISH DR<br>CORONA CA 92883-9393 | 1 |
| FRANCES EDDY | 22 PADDOCK DR<br>WARWICK BERMUDA WK 04 | 1 |
| FRANK LAGRASSA A C F | JAMES LAGRASSA UTMA NY<br>P O  BOX 2236<br>AMAGANSETT NY 11930-2236 | 1 |
| GARY MAY | 11733 JOHNSON RD<br>LEANDER TX 78641-5804 | 1 |

| | | | |
|---|---|---|---|
| HENRY CLARK | P O  BOX 1231<br>FAIRFIELD IA 52556-0021 | 1 | |
| JENNIFER LOUISE STEWARD | P.O. BOX 443<br>SAN ANSELMO CA 94979 | 1 | |
| KEVIN FURMAN | 208 BEDFORD I<br>WEST PALM BEACH FL  33417 | 1 | |
| LAURIE DAY | 7055 SW IVY LANE APT 2<br>PORTLAND OR 97225-1151 | 1 | |
| LORRAINE C STRAITS | 328 PONCE DE LEON AVE<br>VENICE FL 34285-2334 | 1 | |
| LUDMILA TALBOT | PMB 1033<br>P.O. BOX 9011<br>CALEXICO CA 92232-9011 | 1 | |
| MARSHALL DENNEN | PO BOX 2462<br>FAIRFIELD IA 52556-0042 | 1 | |
| MARSHALL WOLF | BOX 730 STATION A<br>TORONTO ON M5W 1G2<br>CANADA | 1 | |
| NANCY WING | 1657 HUNTINGTON DR APT C208<br>DUARTE CA 91010-3874 | 1 | |
| PAUL VOGEL | 5 BOULDER FIELD RD<br>CALIFON NJ 07830-4152 | 1 | |
| SAM KUNIANSKI | 769 27TH ST<br>MANHATTAN BEACH CA  90266 | 1 | |
| STEVE MARSHALL | 305 OAK SPRINGS DRIVE APT 304<br>WARRENTON VA 20186-2173 | 1 | |
| STUART SMITHSON | 5 TITHEBARN PLACE<br>POULTON BLACKPOOL FY6 7BZ<br>ENGLAND | 1 | |

RESOLUTIONS OF THE
BOARD OF DIRECTORS OF
DUNE ENERGY, INC.

March 3, 2015

The undersigned hereby certifies (i) that he is a duly elected and serving Officer of Dune Energy, Inc., a Delaware corporation (the "**Corporation**"), (ii) that the following resolutions were adopted by the Board of Directors of the Corporation at a meeting duly called and held at 9:00 a.m. CST on Wednesday, March 3, 2015 at the offices of the Corporation at 811 Louisiana Street, Suite 2300, Houston, Texas 77002, at which all members of the Board of Directors were present in person or by conference telephone and participated in person and (iii) that such resolutions have not been modified, amended or rescinded and remain in full force and effect on the date hereof:

WHEREAS, Dune Operating Company and Dune Properties, Inc. are wholly owned subsidiaries of the Corporation (the "**Subsidiaries**"); and

WHEREAS, as a result of the downturn in the energy industry and in oil and gas prices and the liquidity demands on the Corporation, the Board previously authorized the Corporation to investigate and review various strategic alternatives including the potential sale of the Corporation;

WHEREAS, the Board previously determined, after extensive discussions between the Corporation and various potential bidders and after consideration of the terms contained in the various indications of interests, to proceed in negotiations with EOS Petro, Inc.

WHEREAS, on September 17, 2014, Dune Energy, Inc., Eos Petro, Inc. ("**Eos**"), and Eos Merger Sub, Inc. ("**Merger Subsidiary**") entered into an Agreement and Plan of Merger (as amended on November 6, 2014, November 20, 2014, December 22, 2014, January 15, 2015, January 23, 2015, January 30, 2015, February 6, 2015 (the "**Merger Agreement**");

WHEREAS, pursuant to the Merger Agreement (i)(a) Merger Subsidiary made a tender offer (the "**Offer**") to purchase all of the issued and outstanding shares of the Corporation's common stock, par value $0.001 per share, for $0.30 per share in cash, Parent and Merger Subsidiary agreed to provide sufficient funds to pay in full and discharge all of the Corporation's outstanding indebtedness and Parent and Merger Subsidiary agreed to assume liability for all Corporation fees and expenses related to the Merger and the transactions contemplated thereby;

WHEREAS, Eos has informed the Corporation that it was unable to obtain the financing necessary to consummate the Offer on the terms set forth in the Merger Agreement, and Eos and Merger Subsidiary have failed to pay for the shares tendered in the Offer promptly after the expiration date pursuant to the terms of the Merger Agreement which has resulted in a failure to perform and breach of the representations and obligations of Eos and Merger Subsidiary contained in the Merger Agreement;

WHEREAS, the Board determined that it was in the best interest of the Corporation that the Merger Agreement be terminated as a result of such breach;

WHEREAS, the Corporation has continued to search for strategic and/or financial buyers, however, the Corporation is unable to meet its liquidity needs to continue operating the Corporation;

WHEREAS, the Corporation is in default under its senior secured credit facility;

WHEREAS, a forbearance agreement with the Corporation's senior secured lender has terminated and has not been extended;

WHEREAS, the Corporation has engaged Deloitte Transactions and Business Analytics LLP ("Deloitte") as financial and restructuring advisors to assist with restructuring analysis and the presentation of the Corporation and its subsidiaries to prospective financing sources, including the first lien lender to the Corporation;

WHEREAS, the Corporation has been unable to obtain financing from any sources other than the possibility of debtor-in-possession ("***DIP***") financing from the existing first lien lender to be implemented in a potential chapter 11 case and the Corporation has been unable to conclude an agreement with a source of equity investment or a purchaser;

WHEREAS, as a condition of providing DIP financing, the first lien lender has required that the Corporation appoint a Chief Restructuring Officer of the Corporation and engage an Investment Banker to assist with a chapter 11 sale process for the Corporation; and

WHEREAS, after consultation with Deloitte and with counsel to the Corporation, management has recommended to the Board of Directors of the Corporation (the "***Board***") that the Corporation file a chapter 11 case, obtain DIP financing from the first lien lender and implement a sale process for the Corporation to protect the assets and properties of the Corporation and to preserve the value of the Corporation for the benefit of its creditors, employees, stockholders and other interested parties and have requested the approval of the Board to make such filing;

WHEREAS, the Board has reviewed and considered the materials presented by the Corporation's management and the Corporation's financial and legal advisors regarding the liabilities and liquidity of the Corporation, the alternatives available to it, and the impact of the foregoing on the Corporation's business;

WHEREAS, the Board has had the opportunity to consult with the Corporation's management and the Corporation's financial and legal advisors and fully consider each of the alternatives available to the Corporation.

## Filing and Prosecution of Chapter 11 Bankruptcy Case

NOW, THEREFORE, BE IT

RESOLVED, that in the judgment of the Board, it is desirable and in the best interest of the Corporation and its Subsidiaries that the Corporation and the Subsidiaries file or cause to be filed a voluntary petition (the "*Chapter 11 Petition*") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"); and it is further

RESOLVED, that Donald R. Martin is appointed to the office of Chief Restructuring Officer of the Corporation and the Subsidiaries until such time as he is removed from such office by a resolution of the Board or as otherwise provided in the Bylaws of the Corporation and the Chief Restructuring Officer shall serve under the oversight of the Board, consult with the Chief Executive Officer and will oversee prosecuting the chapter 11 bankruptcy cases; and it is further

RESOLVED, that the officers of the Corporation and the Subsidiaries (collectively, the "*Authorized Officers*") be, and each hereby is, authorized and directed to execute and verify the Chapter 11 Petition and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Texas (the "*Bankruptcy Court*"), in such form and at such time on or after March 4, 2015 as such Authorized Officer(s) shall determine; and it is further

RESOLVED, that the Authorized Officers be, and each hereby is, authorized to execute and file (or direct others to do so on behalf of the Corporation and the Subsidiaries as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, including motions to sell substantially all assets of the Corporation and the Subsidiaries and any other motions required to be filed and prosecuted pursuant to the terms of the DIP loan, lists, applications, pleadings, motions for use of cash collateral, DIP loan and financing agreements and security agreements and related documents, stipulations as needed under all sections of the Bankruptcy Code, a plan of reorganization and disclosure statement and other papers in connection with the chapter 11 case; and it is further

RESOLVED, that the Authorized Officers be, and each hereby is, authorized to execute and file (or direct others to do so on behalf of the Corporation and the Subsidiaries as provided herein) all necessary documents relating to the sale of all or substantially all of the assets of the Corporation and the Subsidiaries, including, but not limited to, filing a purchase and sale agreement, conducting an auction with respect to all or substantially all of the assets of the Corporation and the Subsidiaries, and performing any other action necessary for such sale pursuant to a 363 sale or plan of reorganization; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporation and its Subsidiaries; and it is further

**Employment of Professionals**

RESOLVED, that the law firm of Haynes and Boone, LLP be, and hereby is, employed under general retainer as bankruptcy counsel for the Corporation and the Subsidiaries in the chapter 11 case, and the Authorized Officers of the Corporation and Subsidiaries are hereby

authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Haynes and Boone, LLP; and it is further

RESOLVED, that Deloitte Transactions and Business Analytics LLP be, and hereby is, employed under general retainer as financial and restructuring advisors to the Corporation and the Subsidiaries in the chapter 11 case, and the Authorized Officers of the Corporation and Subsidiaries are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Deloitte Transactions and Business Analytics LLP; and it is further

RESOLVED, that Parkman Whaling LLC be, and hereby is, employed under general retainer for the purpose of providing services to the Corporation and Subsidiaries in connection with the sale of the Corporation and the Subsidiaries, including their oil and gas assets in one or more transactions to be implemented in chapter 11, and the Authorized Officers of the Corporation and Subsidiaries are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of a chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Parkman Whaling LLC; and it is further

**General Authorizing Resolutions for Chapter 11**

RESOLVED, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is authorized and directed, in the name of and on behalf of the Corporation and Subsidiaries, under the corporate seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Corporation and Subsidiaries, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as any such officer deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete a chapter 11 case, the taking of any such action to constitute conclusive evidence of the exercise of such discretionary authority; and it is further

RESOLVED, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is authorized and directed, in the name of and on behalf of the Corporation, under the corporate seal or otherwise, to vote the shares of the Subsidiaries as may be required to authorize such subsidiaries to file chapter 11 cases concurrently with the Corporation in order to accomplish efficiently a restructuring of all of the business, financing and operations of the Corporation and such subsidiaries; and it is further

RESOLVED, that all authorized acts, transactions, or agreements undertaken prior to the adoption of these resolutions by any officer of the Corporation on behalf of the Corporation in connection with the foregoing matters are hereby authorized, approved, ratified, confirmed and adopted as the acts of the Corporation; and it is further

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed to certify and attest any documents or materials which they deem necessary, desirable or appropriate to consummate the transactions contemplated by the foregoing resolutions, without the necessity of the signature or attestation of any other officer or the affixing of any seal of the Corporation.

IN WITNESS WHEREOF, the undersigned Officer of the Corporation has executed this Certificate the 3rd day of March, 2015.

_____,

President and Chief Executive Officer, Dune Energy, Inc.

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS

In re:  Dune Energy, Inc.                                     Case No. 15-_____
       Dune Operating Company
       Dune Propeties, Inc.                                  Chapter 11
               Debtors.

## CONSOLIDATED
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the consolidated list of the debtors' creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address, including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code of employee, agent or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim (if secured also state value of security)* |
|---|---|---|---|---|
| Shoreline Southeast LLC<br>400 E Kaliste Saloom Road, Suite 2600<br>Lafayette, LA  70508 | | Trade Debt | | $1,359,766.70 |
| Crescent Energy Services, LLC<br>1304 Engineers Road<br>Belle Chasse, LA  70037 | | Trade Debt | | $736,584.60 |
| Island Operating Company, Inc.<br>PO Box 27783<br>Houston, TX  77227-7783 | | Trade Debt | | $707,616.35 |
| Exterran Energy Solutions, LP<br>PO Box 201160<br>Dallas, TX  75320-1160 | | Trade Debt | | $490,354.28 |
| Terrebonne Wireline Services, Inc.<br>PO Box 176<br>Bourg, LA  70343 | | Trade Debt | | $296,105.00 |
| Nalco Company<br>PO Box 730005<br>Dallas, TX  75373-0005 | | Trade Debt | | $246,660.08 |
| T. Baker Smith<br>PO Box 2266<br>Houma, LA  70361 | | Trade Debt | | $195,015.53 |
| CDM Resource Mgmt Ltd<br>PO Box 209034<br>Dallas, TX  75320-9034 | | Trade Debt | | $192,149.28 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Oil Mop LLC<br>Dept # 2307<br>Birmingham, AL  35246-2307 | | Trade Debt | | $191,187.36 |
| Premier Industries, LLC<br>PO Box 10<br>Belle Chasse, LA  70037 | | Trade Debt | | $190,048.24 |
| Basic Energy Services, LP<br>PO Box 841903<br>Dallas, TX  75284-1903 | | Trade Debt | | $173,192.92 |
| Performance Wellhead & Frac<br>8505 Jackrabbit Road, Suite A<br>Houston, TX  77095 | | Trade Debt | | $166,546.63 |
| T. F. Services, LLC<br>4166 Leger Road<br>Crowley, LA  70526 | | Trade Debt | | $154,461.17 |
| C F & S Tank & Equipment Co.<br>PO Box 10070<br>3904 Old Spanish Trail E<br>New Iberia, LA  70562-0070 | | Trade Debt | | $139,623.75 |
| F A S Environmental Svcs LLC<br>PO Box 760<br>Pierre Part, LA  70339 | | Trade Debt | | $136,203.72 |
| Coastal Crewboats, Inc.<br>PO Box 2418<br>Rockport, TX  78381-2418 | | Trade Debt | | $107,267.00 |
| Travelers | | Trade Debt | | $100,000.00 |
| Stokes & Spiehler Onshore, Inc.<br>PO Box 52006<br>Lafayette, LA  70505 | | Trade Debt | | $86,906.91 |
| Dnow, L.P.<br>PO Box 40985<br>Houston, TX  77040-0985 | | Trade Debt | | $85,935.86 |
| Zedi US Inc.<br>PO Box 51475<br>Lafayette, LA  70505-1475 | | Trade Debt | | $81,716.70 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, James A. Watt, President and Chief Executive Officer of Dune Energy, Inc. and President of Dune Operating Company and Dune Properties, Inc. (collectively, the "Debtors") declare under penalty of perjury that I have read the foregoing *Consolidated List of Creditors Holding 20 Largest Unsecured Claims* and that it is true and correct to the best of my information and belief.

Date ___3/8/15_____

Signature _____

James A. Watt, President and Chief Executive Officer
_____
(Print Name and Title)