**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | (Chapter 11) |
| | § | |
| **DUNE ENERGY, INC.** | § | Case No. 15-10336-hcm |
| **DUNE OPERATING COMPANY** | § | Case No. 15-10337-hcm |
| **DUNE PROPERTIES, INC.** | § | Case No. 15-10338-hcm |
| | | |
| **Debtors.** | | **(Joint Administration Requested)** |

## NOTICE OF APPEARANCE

Please take notice that Charles S. Kelley of the law firm Mayer Brown LLP, an attorney admitted to practice before this Court, hereby enters his appearance in the above-captioned matter as counsel for Bank of Montreal (in its capacity as Administrative Agent), and requests that copies of all pleadings, notices, filings, correspondence and other papers filed or served in connection with the above-captioned case be served upon him as follows:

>Charles S. Kelley
>Joshua M. Grenard
>Mayer Brown LLP
>700 Louisiana Street, Suite 3400
>Houston, Texas 77002
>Telephone: (713) 238-2634
>Facsimile: (713) 238-4634
>
>-with a copy to-
>
>Sean T. Scott
>John J. Voorhees, Jr.
>Mayer Brown LLP
>71 South Wacker Drive
>Chicago, Illinois 60606
>Telephone: (312) 782-0600
>Facsimile: (312) 701-7711

Respectfully submitted,

MAYER BROWN LLP

By: /s/ *Charles S. Kelley*
    Charles S. Kelley
    Texas State Bar No. 11199580

700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
(713) 238-3000 (telephone)
(713) 238-4625 (facsimile)

**ATTORNEY-IN-CHARGE FOR BANK OF MONTREAL**

OF COUNSEL:
Sean T. Scott
Licensed in Illinois, *Pro Hac Vice* Application to be pending
John J. Voorhees, Jr.
Licensed in Illinois, *Pro Hac Vice* Application to be pending
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600 (telephone)
(312) 701-7711 (facsimile)

-and-

Joshua M. Grenard
Licensed in Illinois, *Pro Hac Vice* Application to be pending
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
(713) 238-3000 (telephone)
(713) 238-4625 (facsimile)

## CERTIFICATE OF SERVICE

    I certify that on the 9th day of March, 2015, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                              /s/ *Charles S. Kelley*
                                              Charles S. Kelley