## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| DUNE ENERGY, INC. | § | Case No. 15-10336-hcm |
| DUNE OPERATING COMPANY | § | Case No. 15-10337-hcm |
| DUNE PROPERTIES, INC. | § | Case No. 15-10338-hcm |
| | § | |
| Debtors. | § | (Joint Administration Requested) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned attorneys of Holland & Knight LLP, appearing on behalf of CIT Bank, request service of all notices and papers herein upon the address listed below, pursuant to section 1109 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq*., and rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure.

> Robert W. Jones, Esq.
> Brent R. McIlwain, Esq.
> Alvin F. Benton, Jr., Esq.
> Holland & Knight LLP
> 200 Crescent Court, Suite 1600
> Dallas, Texas 75201
> robert.jones@hklaw.com
> brent.mcilwain@hklaw.com
> alvin.benton@hklaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property, or its estate. The undersigned requests that its name be added to the mailing matrix.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Papers* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only

after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (v) an election of remedy; and (vi) any other rights, claims, actions, defenses, setoffs, and recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 9, 2015

By: /s/ *Brent R. McIlwain*
Robert W. Jones, TSB 10951200
Brent R. McIlwain, TSB 24014140
Alvin F. Benton, Jr., TSB 24089335
Holland & Knight LLP
200 Crescent Court, Ste. 1600
Dallas, TX 75201
Tel.: (214) 964-9500
Fax (214) 964-9501
robert.jones@hklaw.com
brent.mcilwain@hklaw.com
alvin.benton@hklaw.com
*Counsel to CIT Bank*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, and served upon all parties receiving notice pursuant to the CM/ECF system on this the 9th day of March, 2015.

/s/ *Brent R. McIlwain*
Brent R. McIlwain, TSB 24014140