UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | (CHAPTER 11) |
| | § | |
| DUNE ENERGY, INC.; | § | CASE NUMBER 15-10336 |
| DUNE OPERATING COMPANY; | § | CASE NUMBER 15-10337 |
| DUNE PROPERTIES, INC. | § | CASE NUMBER 15-10338 |
| | § | |
| . | § | (JOINTLY ADMINISTRATED UNDER |
| | § | CASE NUMBER 15-10336) |

NOTICE OF HEARING
ON SALE AND BIDDING PROCEDURES MOTION

**PLEASE TAKE NOTICE** that a hearing on the *Debtors' Emergency Motion, Pursuant to Bankruptcy Code Sections 105(a), 363 and 365, and Bankruptcy Rules 2002, 6004 and 6606 for Entry of: (I) Order (A) Approving Sale and Bidding Procedures in Connection with Sale of Assets of the Debtors, (B) Approving Form and Manner of Notice, (C) Scheduling Auction and Sale Hearing, (D) Authorizing Procedures Governing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (E) Granting Related Relief; and (II) Order (A) Approving Purchase Agreement, (B) Authorizing Sale Free and Clear of all Liens, Claims, Encumbrances, and other interests, and (C) Granting Related Relief* (the "Sale and Bidding Procedures Motion") [Docket No. 4] to consider the Debtors' proposed Bidding Procedures (as defined in the Sale and Bidding Procedures Motion) has been scheduled on **Thursday, April 2, 2015 at 1:30 p.m. (Central Time)** before the Honorable H. Christopher Mott, United States Bankruptcy Judge, in Courtroom No. 2 at the Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Blvd., Austin, Texas 78701.

Dated: March 11, 2015          Respectfully submitted,

**HAYNES AND BOONE, LLP**

*/s/ Charles A. Beckham, Jr.*
Charles A. Beckham, Jr.
Texas Bar No. 02016600
Kenric D. Kattner
Texas Bar No. 11108400
Kourtney Lyda
Texas Bar No. 24013330
Kelli Stephenson
Texas Bar No. 24070678
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Fax: (713) 547-2600
Email: charles.beckham@haynesboone.com
Email: kenric.kattner@haynesboone.com

**PROPOSED COUNSEL TO
DEBTORS-IN-POSSESSION**