**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | (CHAPTER 11) |
| | § | |
| DUNE ENERGY, INC.; | § | CASE NUMBER 15-10336 |
| DUNE OPERATING COMPANY; | § | CASE NUMBER 15-10337 |
| DUNE PROPERTIES, INC. | § | CASE NUMBER 15-10338 |
| | § | |
| . | § | (JOINTLY ADMINISTRATED UNDER |
| | § | CASE NUMBER 15-10336) |

**NOTICE OF ENTRY OF INTERIM DIP ORDER AND**
**SCHEDULING OF HEARING ON FINAL ORDER**
**AND APPROVAL OF THE DIP CREDIT FACILITY**

**PLEASE TAKE NOTICE** that on March 11, 2015, the court entered the Stipulation *and Interim Order (1) Approving Postpetition Financing, (2) Authorizing Use of Cash Collateral, (3) Granting Liens and Providing Superpriority Administrative Expense Status, (4) Granting Adequate Protection, (5) Modifying Automatic Stay and Scheduling a Final Hearing* (the "Interim DIP Order") [Docket No. 44] a copy of which is attached hereto as **Exhibit "A".**

**PLEASE TAKE FURTHER NOTICE** that a hearing on the proposed Final Order and Approval of the DIP Credit Facility (the "Final DIP Order") has been scheduled for **Thursday, April 2, 2015 at 1:30 p.m. (Central Time)** before the Honorable H. Christopher Mott, United States Bankruptcy Judge, in Courtroom No. 2 at the Homer J. Thornberry Federal Judicial Building, 903 San Jacinto Blvd., Suite 322, Austin, Texas 78701.

**PLEASE TAKE FURTHER NOTICE** that any party in interest objecting to the entry of the proposed Final DIP Order shall file written objections with the Clerk of the Bankruptcy Court no later than **Monday, March 30, 2015 at 4:00 p.m. (Central Time)** (the "Objection Deadline"), which objections shall be served so as to be received on or before such date by: (i) counsel to the Debtors, Attn: Charles A. Beckham, Jr., Haynes and Boone, LLP, 1221 McKinney

Street, Suite 2100, Houston, TX 77010; (ii) counsel to the Statutory Committee, if any; (iii) counsel to the DIP Agent, First Lien Agent and First Lien Lenders, Attn: Charles Kelley, Esq., Mayer Brown, LLP, 700 Louisiana Street, Houston, TX 77002, and Sean T. Scott, Esq., Mayer Brown, LLP, 71 S. Wacker Drive, Chicago, IL 60606; (v) counsel to the Second Lien Trustee and Second Lien Lenders, Attn: Ted Cohen, Esq., Sheppard Mullin Richter & Hampton, LLP, 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422; (v) counsel to CIT Bank, Attn: Brent McIlwain, Holland & Knight, LLP, 200 Crescent Court, Suite 1600, Dallas, TX 75201, and (vi) counsel to Shoreline Southeast, LLC, and U.S. Specialty Insurance Company, Attn: Phillip Eisenburg, Locke Lord, LLP, 600 Travis Street, Suite 2800, Houston, TX 77002.

Dated: March 13, 2015

Respectfully submitted,

**HAYNES AND BOONE, LLP**

*/s/ Charles A. Beckham, Jr.*
Charles A. Beckham, Jr.
Texas Bar No. 02016600
Kenric D. Kattner
Texas Bar No. 11108400
Kourtney Lyda
Texas Bar No. 24013330
Kelli Stephenson
Texas Bar No. 24070678
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Fax: (713) 547-2600
Email: charles.beckham@haynesboone.com
Email: kenric.kattner@haynesboone.com

**PROPOSED COUNSEL TO DEBTORS-IN-POSSESSION**