**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | (CHAPTER 11) |
| | § | |
| DUNE ENERGY, INC. | § | CASE NUMBER 15-10336 |
| DUNE OPERATING COMPANY | § | CASE NUMBER 15-10337 |
| DUNE PROPERTIES, INC. | § | CASE NUMBER 15-10338 |
| | § | |
| DEBTORS. | § | (JOINTLY ADMINISTERED UNDER |
| | § | CASE NUMBER 15-10336) |

**ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR AN ORDER UNDER 11 U.S.C. §§ 330 AND 1103 AUTHORIZING THE EMPLOYMENT AND RETENTION AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO MARCH 27, 2015**

This Court has considered the application to employ Conway MacKenzie, Inc. ("CM") as financial advisors pursuant to 11 U.S.C. §§ 330 and 1103, *nunc pro tunc* to March 27, 2015 (the "Application") filed by The Official Committee of Unsecured Creditors for the above-captioned bankruptcy estates (the "Committee"). The Court finds that (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Application

1

is in the best interests of the Debtors, their estate and creditors; (iv) proper and adequate notice of the Application and the hearing thereon has been given and that no other or further notice is necessary; (v) CM (a) holds no interest adverse to the Debtors or their estates in the matters upon which it is sought to be engaged; (b) is a disinterested person as that term is defined pursuant to 11 U.S.C § 101(14) and as required by 11 U.S.C. § 327; and (c) has disclosed any connections with parties as required by Bankruptcy Rule 2014; (vi) none of the representations or engagements set out in the *Declaration of Bryan M. Gaston in Support of Committee Application for Entry of an Order Pursuant to 11 U.S.C. §§ 327 and Fed. R. Bankr. P. 2014 Authorizing Nunc Pro Tunc Retention and Employment of Conway MacKenzie, Inc. as Financial Advisors* constitute a conflict-of-interest or impair the disinterestedness of CM or otherwise preclude the Committee's retention of CM in this case; and (vii) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Therefore,

IT IS HEREBY ORDERED THAT:

1. The Application is granted.

2. Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

3. Pursuant to Section 1103 of the Bankruptcy Code, the Committee is hereby authorized to retain CM as its financial advisors in these Chapter 11 Cases *nunc pro tunc* to March 27, 2015, in accordance with (and on the terms described in) the Application, the Engagement Letter, and this Order, and CM is authorized to perform the services described therein.

4. The requirements of Section 329 of the Bankruptcy Code have been satisfied.

McKool 1090539v1

5. Compensation will be awarded upon application and a hearing consistent with the requirements of 11 U.S.C. §§ 330 and 331 and any further orders entered by this Court.

6. CM shall be compensated upon appropriate application in accordance with Bankruptcy Code Sections 330 and 331, the Bankruptcy Rules, the Local Bankruptcy Rules, including the Guidelines for Compensation and Expense Reimbursement of Professionals in Complex Chapter 11 Cases, the United States Trustee Fee Guidelines and any applicable procedures and orders of this Court.

7. Pursuant to Bankruptcy Local Rule 2014(b)(2), settlement funds shall not be disbursed without prior Court approval.

8. If any supplemental declarations or affidavits are filed and served after the entry of this Order, absent any objections filed within twenty (20) days after the filing and service of such supplemental declarations or affidavits, CM's employment shall continue as authorized pursuant to this Order.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Submitted by:**
Basil A. Umari (*pro hac vice*)
McKool Smith P.C.
600 Travis, Suite 7000
Houston, Texas 77002
Tel: (713) 485-7300
Fax: (713) 485-7344

###

McKool 1090539v1