IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| DUNE ENERGY, INC., | § | CASE NO. 15-10336 |
| DUNE OPERATING COMPANY, | § | CASE NO. 15-10337 |
| DUNE PROPERTIES, INC., | § | CASE NO. 15-10338 |
| | § | |
| Debtors. | § | JOINTLY ADMINISTERED UNDER |
| | § | CASE NO. 15-10336 |

**CHEVRON U.S.A., INC.'S LIMITED OBJECTION TO AND RESERVATION OF RIGHTS REGARDING ASSUMPTION AND ASSIGNMENT OF CERTAIN OIL AND GAS LEASES**

[Relates to Docket Nos. 159 and 189]

Chevron U.S.A., Inc. ("Chevron") objects to and reserves its rights regarding the Debtors' proposed assumption and assignment of certain oil and gas leases as follows:

**BACKGROUND**

1. Pursuant to the *Order (A) Approving Sale and Bidding Procedures in Connection with Sale of Assets of the Debtors, (B) Approving Form and Manner of Notice, (C) Scheduling Auction and Sale Hearing, (D) Authorizing Procedures Governing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (E) Granting Related Relief* (the "Bid Procedures Order") [Docket No. 159] as entered by the Court on April 8, 2015, a *Notice of (I) Debtors' Request for Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases, and (II) Debtors' Proposed Cure Amounts* was served upon interested parties on April 13, 2015 (the "Notice of Cure Amounts") which attached the Debtors' Proposed Cure Amount Schedule as of April 8, 2015 (the "Cure Amount Schedule") [Docket No. 189].

2. The Debtors are the current operator and owner of wells in the following six fields: (i) Green Island Bay; (ii) Leeville; (iii) Bateman Lake; (iv) Chocolate Bayou; (v) N. Broussard; and (vi) Live Oak (the "Six Fields"). Chevron, through itself or an affiliate, owned

an interest in such wells and fields prior to acquisition by the Debtors. According to the Cure Amount Schedule, the Debtors seek to sell to a successful bidder certain wells and leases in the Six Fields, including, but not limited to, the wells and leases on <u>Exhibit A</u> attached hereto (collectively, the "Wells and Leases"). These Wells and Leases may have associated plugging and abandonment liability and other environmental liabilities that require posting of bonds or satisfaction by the Debtors.

**OBJECTION**

3. As an initial matter, Chevron objects to the characterization of the Wells and Leases as unexpired leases or executory contracts permitted to be assumed and assigned under the Bankruptcy Code, and reserves all rights in relation to same.

4. Chevron further objects to the extent that the Debtors ultimately seek to assign their rights to these Wells and Leases without requiring the purchaser to assume the liability associated with abandonment of any Wells and Leases in the Six Fields, including but not limited to, plugging and abandonment liability and environmental liability.[1]

5. Chevron further objects to the assumption and assignment of the Wells and Leases because the proposed cure amount with respect to each of the Wells and Leases is listed as $0.00. To the extent the Wells and Leases are subject to Section 365 of the Bankruptcy Code and the Debtors seek to assume and assign these Wells and Leases, any cure amount must be sufficient to cover the liabilities associated with such Wells and Leases, including but not limited to, plugging and abandonment liability and environmental liability.[2]

---

[1] Although the Sale Motion contemplates that the Assets will be sold with plugging and abandonment liability, no stalking horse bidder exists at this time.

[2] At this time, the amount needed to cover the liability for plugging and abandonment liability and environmental liability is not readily available, and the characterization as prepetition or postpetition and its priority has yet to be determined. Chevron reserves the right to assert the proper cure amount if and when the issue of assumption and assignment is before the Court.

## RESERVATION OF RIGHTS

6. Chevron reserves its right to (a) object to the purchase of the oil and gas leases by any successful bidder; and (b) object to any other relief requested at the sale hearing and auction.

## RELIEF REQUESTED

Chevron requests that the Court enter an order: (i) consistent with this Objection; and (ii) granting Chevron such other and further relief as is just and proper.

Dated: May 15, 2015

Respectfully submitted,

By: */s/ Robin Russell*
    Robin Russell
    State Bar No. 17424001
    Joseph P. Rovira
    State Bar No. 24066008
    Ashley L. Gargour
    State Bar No. 24065272
    ANDREWS KURTH LLP
    600 Travis, Suite 4200
    Houston, Texas 77002
    (713) 220-4200 (Telephone)
    (713) 220-4285 (Facsimile)

Attorneys for Chevron U.S.A., Inc.

- 4 -

# CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the forgoing claim was served this 15th day of May, 2015 via all parties registered to receive notices via the Court's ECF System and on the parties listed below via the manner indicated.

                                                 */s/ Robin Russell*
                                                 Robin Russell

*Via U.S. First Class Mail and Email:*

Charles A. Beckham, Jr.
Kourtney P. Lyda
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, TX 77010
charles.beckham@haynesboone.com
kourtney.lyda@haynesboone.com

*Counsel for the Debtors*

Charles Kelley
Mayer Brown LP
700 Louisiana Street, Suite 3400
Houston, TX 77002
ckelley@mayerbrown.com

*Counsel for the Agent*

Basil Umari
McKool Smith P.C.
600 Travis Street, Suite 7000
Houston, TX 77002,
bumari@mckoolsmith.com

*Counsel for Unsecured Creditors Committee*

Theodore A. Cohen
Sheppard Mullin Richter & Hampton, LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071
tcohen@sheppardmullin.com

*Counsel for U.S. Bank National Association*

Office of the United States Trustee for the Western District of Texas
Homer Thornberry Judicial Building
903 San Jacinto Blvd
Austin, TX 78701
ustpregion07.au.ecf@usdoj.gov
Valerie.L.Wenger@usdoj.gov

*United States Trustee*

*Via electronic filing:*

Dune Energy, Inc. Claims Processing Center
c/o Prime Clerk LLC
830 3rd Avenue, 9th Floor
New York, NY 10022

*The Debtors' Claims and Noticing Agent*

HOU:3554006.4