**Application moot as Amended Application has been filed.**



**SO ORDERED.**

**SIGNED this 28th day of July, 2015.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **(CHAPTER 11)** |
| | § | |
| **DUNE ENERGY, INC.** | § | **CASE NUMBER 15-10336** |
| **DUNE OPERATING COMPANY** | § | **CASE NUMBER 15-10337** |
| **DUNE PROPERTIES, INC.** | § | **CASE NUMBER 15-10338** |
| | § | |
| **DEBTORS.** | § | **(JOINTLY ADMINISTERED UNDER** |
| | § | **CASE NUMBER 15-10336)** |

**ORDER APPROVING FIRST APPLICATION OF MCKOOL SMITH P.C.,**
**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**
**FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD MARCH 24, 2015 THROUGH MAY 31, 2015**

CAME ON to be considered the First Interim Application of McKool Smith P.C., Counsel to the Official Committee of Unsecured Creditors, for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period March 24, 2015 through May 31, 2015 (the "First Application"), and the Court having reviewed the First Application, considered the evidence and all objections filed in response thereto, and the Court finds that notice of the First Application and the hearing thereon is appropriate and

1

adequate under the circumstances and in compliance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Western District of Texas.  All parties have been provided sufficient notice of the First Application and have been afforded the opportunity to be heard on the First Application; accordingly, it is:

ORDERED that the First Application is GRANTED as provided herein; and it is

FURTHER ORDERED that McKool Smith P.C. is allowed, on an interim basis, (i) compensation for services rendered during the period of time referenced in the First Application in the amount of $222,780.00; and (ii) reimbursement for actual and necessary expenses incurred during that period in the amount of $4,490.35; and it is

FURTHER ORDERED that the Debtors are authorized and directed to promptly pay McKool Smith P.C. the amounts awarded pursuant to this Order consistent with the DIP financing budget; and it is

FURTHER ORDERED that McKool Smith P.C. is granted an administrative expense claim for all allowed amounts; and it is

FURTHER ORDERED that the terms and conditions of this Order shall be immediately enforceable and effective upon its entry.

###

Submitted by:
**MCKOOL SMITH P.C.**
Basil A. Umari (*pro hac vice*)
State Bar No. 24028174
600 Travis, Suite 7000
Houston, Texas 77002
Tel: 713-485-7300
Fax: 713-485-7344
*Counsel for the Official Committee*
*of Unsecured Creditors*

2