**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | (CHAPTER 11) |
| | § | |
| DUNE ENERGY, INC.; | § | CASE NUMBER 15-10336 |
| DUNE OPERATING COMPANY; | § | CASE NUMBER 15-10337 |
| DUNE PROPERTIES, INC. | § | CASE NUMBER 15-10338 |
| | § | |
| DEBTORS. | § | (JOINTLY ADMINISTERED UNDER |
| | § | CASE NUMBER 15-10336) |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the Court has set a hearing on the *Motion of the Debtors for Entry of an Order (I) Combining the Hearing on the Chapter 11 Plan of the Debtors and Disclosure Statement; (II) Establishing Voting Record Date; (III) Approving Solicitation Packages and Distribution Procedures; (IV) Approving and Establishing Procedures for Voting on the Chapter 11 Plan of the Debtors; (V) Approving Forms of Notices to Non-Voting Classes Under Plan; (VI) Establishing Voting Deadline to Accept or Reject Plan; (VII) Approving Procedures for Vote Tabulations; and (VIII) Granting Related Relief* [Docket No. 437] and on the *Debtors' Expedited Motion to Approve Procedures to (i) Sell Miscellaneous De Minimis Property of the Estates Free and Clear of Liens, Claims, Encumbrances, and Interests and (ii) Abandon or Dispose of Property of the Estates that is Burdensome or of Inconsequential Value* [Docket No. 438] on **Monday, August 17, 2015 at 1:30 p.m. Central Time** before the Honorable H. Christopher Mott, United States Bankruptcy Judge, in Courtroom No. 2 of the Homer J. Thornberry Federal Judicial Bldg., 903 San Jacinto Blvd., Austin, Texas 78701.

Dated: August 11, 2015                    Respectfully submitted,

**HAYNES AND BOONE, LLP**

*/s/ Charles A. Beckham, Jr.*
Charles A. Beckham, Jr.
Texas Bar No. 02016600
Kenric D. Kattner
Texas Bar No. 11108400
Kourtney P. Lyda
Texas Bar No. 24013330
Kelli M. Stephenson
Texas Bar No. 24070678
1221 McKinney Street, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Fax: (713) 547-2600
Email:  charles.beckham@haynesboone.com
Email:  kenric.kattner@haynesboone.com

**COUNSEL TO DEBTORS-IN-POSSESSION**